# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT

2007 MAR -5 P 4: 08

| Harbor Pines Partners, LP | Case No. CV207-32 |
|---|---|
| Plaintiff | |

v.                                          Appearing on behalf of

| City of St. Mary's, Georgia | Plaintiff |
|---|---|
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __5th__ day of __March__, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Scott D. McAlpine

**Business Address:** Schreeder, Wheeler & Flint, LLP
Firm/Business Name

1100 Peachtree Street NE
Street Address

| Suite 800 | Atlanta | GA | 30309 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (404) 681-3450 | 480559 |
| Telephone Number (w/ area code) | Georgia Bar Number |